IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RFAR GROUP, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3432-L** |
| | § | |
| **EPIAR, INC., KEN JURINA, and** | § | |
| **BOB VAASJO,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On September 7, 2012, the court referred Defendants Epiar, Inc. and Ken Jurina's Motion for Costs and Attorney's Fees to United States Magistrate Judge Paul D. Stickney. On January 9, 2013, the Findings and Recommendation of the United States Magistrate Judge (the "Report") were filed. The Report found that Defendants were not entitled to attorney's fees and costs, and recommended that the motion be denied. No objections to the Report were filed.

After an independent review of the Report, record, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct. They are therefore accepted as those of the court, and the court **denies** Defendants Epiar, Inc. and Ken Jurina's Motion for Costs and Attorney's Fees.

**It is so ordered** this 23rd day of April, 2013.

Sam A. Lindsay
United States District Judge

Order - Solo Page